SIGAL CHATTAH
Acting United States Attorney
District of Nevada
Nevada Bar No. 8264
RANDOLPH J. ST. CLAIR
Assistant United States Attorney
400 South Virginia Street, Suite 900
Reno, Nevada 89501
(775) 784-5438
Randy.StClair@usdoj.gov

*Representing the United States of America*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

MARIO DELUCAS,
aka "Mario Alberto De Lucas-Lopez,"
aka "Mario Alberto Delucas,"

Defendant.

No. 3:25-cr-00005-ART-CSD

**Motion to Dismiss the Indictment Without Prejudice and [Proposed] Order**

On February 6, 2025, Mario Delucas (Delucas), was charged by indictment with Theft by Postal Service Employee in violation of 18 U.S.C. § 1709. A warrant was also issued for his arrest. (ECF No. 1.) On October 16, 2025, Delucas was arrested in the District of Massachusetts where he made his initial appearance and was ordered released on personal recognizance. (ECF No. 5.) Defendant was immediately transferred into the custody of U.S. Immigration and Customs Enforcement, which removed him from the

country on October 29, 2025. Pursuant to Federal Rule of Criminal Procedure 48(a), the government hereby moves for leave of Court to dismiss the Indictment without prejudice.

Respectfully submitted this 10th day of November 2025.

SIGAL CHATTAH
Acting United States Attorney

*/s/ Randolph J. St. Clair*______
RANDOLPH J. ST. CLAIR
Assistant United States Attorney

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARIO DELUCAS,<br>aka "Mario Alberto De Lucas-Lopez,"<br>aka "Mario Alberto Delucas,"<br><br>Defendant. | No. 3:25-cr-00005-ART-CSD<br><br>**[Proposed] Order Granting Motion to Dismiss the Indictment Without Prejudice** |

Pursuant to Federal Rule of Criminal Procedure 48(a), and upon leave of Court, the United States hereby dismisses without prejudice the Indictment against Defendant, Mario Delucas.

SIGAL CHATTAH
Acting United States Attorney

*/s/ Randolph J. St. Clair*
RANDOLPH J. ST. CLAIR
Assistant United States Attorney

Leave of Court is granted for the filing of the above dismissal.

DATED this _______ day of November 2025.

_______________________________
HONORABLE ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE